**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHIGAN ELECTRICAL EMPLOYEES'
PENSION FUND, et al.,

    Plaintiffs,

                                            Case No. 14-11618

v.

MARKEE ELECTRIC, INC.,

    Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On July 31, 2014, the court held a telephonic status conference with Plaintiffs' counsel, in which she informed the court that a settlement is likely to be finalized soon. The court expects that the parties will memorialize the terms of their resolution. Having been so informed,

IT IS ORDERED that this case is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Plaintiffs' counsel is DIRECTED to inform the court once the parties have reached a final agreement. In the event the court does not hear from Plaintiffs' counsel by **August 28, 2014**, a telephonic status conference will be held on that date.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2014, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522